UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21767-CIV-ALTONAGA/Goodman

JOCELYN PIERRE,

    Plaintiff,
v.

SUPER NICE STS, INC., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendant's Unopposed Motion to Compel Arbitration [ECF No. 11]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. This case is **STAYED** pending resolution of arbitration. Furthermore, the case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen the case at the appropriate time.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of June, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record