UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21767-CIV-ALTONAGA/Goodman

JOCELYN PIERRE,

    Plaintiff,
v.

SUPER NICE STS, INC. and
RAYMOND GONZALEZ,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Renewed Motion for Approval [ECF No. 17], filed April 30, 2018. The Motion seeks approval of the parties' Settlement Agreement. (*See* Mot. 4–14). When a private action is brought under the Fair Labor Standards Act, 29 U.S.C. sections 201 *et seq.*, as is this case, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Upon review of the record and the parties' basis for settlement of the FLSA case, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive. Being fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

1.     The Motion **[ECF No. 17]** is **GRANTED**.

2.     The Settlement Agreement between Plaintiff, Jocelyn Pierre, and Defendants, Super Nice STS, Inc. and Raymond Gonzalez, which has been duly filed as a record of the Court, is **APPROVED** as a fair and reasonable resolution of the parties' FLSA dispute.

CASE NO. 17-21767-CIV-ALTONAGA/Goodman

3. This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

4. Beyond the terms of the Settlement Agreement, the parties shall bear their own attorney's fees and costs.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 1st day of May, 2018.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record